IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) No. 12-cr-30226 |
| | ) |
| ASHLEY DRUMMOND, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S SECOND MOTION TO STAY JUDGMENT FOR MEDICAL REASONS

Comes now Defendant, Ashley Drummond, by and through her attorney, Justin Kuehn, and respectfully asks the Court to stay her judgment for sixty days, and in support, she states:

1. On March 18, 2013, Ms. Drummond was sentenced to 24 months in the bureau of prisons.

2. Ms. Drummond was not designated for placement in the Bureau of Prisons for approximately four months, and by the time she was set to report, she was eight months pregnant.

3. As a result, on July 8, 2013, the Court granted Ms. Drummond's first request for a sixty day stay of her judgment for medical reasons.

4. Ms. Drummond gave birth to a baby boy, Donovan Scott, on July 29, 2013.

5. Last week, Donovan was diagnosed with a larynx problem that inhibits his ability to bottle feed. According to Donovan's pediatrician, it is "in child best interest & health for breast feeding." **See Exhibit 1.**

6. Donovan has been referred to an ear, throat and nose doctor for further diagnosis. **See Exhibit 1.**

7. Unfortunately, Ms. Drummond is now set to report tomorrow – September 10, 2013. She attempted to fax the diagnosis to counsel last week, but the fax produced an illegible copy. Ms. Drummond also attempted to reach counsel by telephone, but unfortunately those attempts were unsuccessful, as were counsel's attempts to reach Ms. Drummond.

8. Alas, this issue is regrettably brought to the Court's attention at the very last minute.

9. The defense respectfully prays that the Court enter an Order once again staying Ms. Drummond's judgment, for medical reasons, for another 60 days.

10. The Government was contacted through chief assistant, Jim Porter, who offers no objection so long as the stay does not exceed the requested 60 days.

WHEREFORE, the Defendant respectfully prays that the present motion be granted.

s/Justin A. Kuehn
Attorney at Law
The Kuehn Law Firm
23 Public Square, Suite 450
Belleville, IL  62220
Telephone: (618) 277-7260
justinkuehn@kuehnlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2013, I electronically filed the **DEFENDANT'S SECOND MOTION TO STAY JUDGMENT FOR MEDICAL REASONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Justin A. Kuehn
Attorney at Law
The Kuehn Law Firm
23 Public Square, Suite 450
Belleville, IL  62220
Telephone: (618) 277-7260
justinkuehn@kuehnlawfirm.com
