IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) No. 12-cr-30226 |
| | ) |
| ASHLEY DRUMMOND, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S FIFTH MOTION TO STAY JUDGMENT FOR MEDICAL REASONS

Comes now Defendant, Ashley Drummond, by and through her attorney, Justin Kuehn, and respectfully asks the Court to further stay her judgment, and in support, she states:

1. On March 18, 2013, Ms. Drummond was sentenced to 24 months in the bureau of prisons.

2. Ms. Drummond was not designated for placement in the Bureau of Prisons for approximately four months, and by the time she was set to report, she was eight months pregnant.

3. As a result, on July 8, 2013, the Court granted Ms. Drummond's first request for a sixty day stay of her judgment for medical reasons.

4. Ms. Drummond gave birth to a baby boy, Donovan Scott, on July 29, 2013.

5. Thereafter, Donovan was diagnosed with a larynx problem that inhibits his ability to bottle feed. Based on this diagnosis, the Court further stayed Ms. Drummond's judgment. She is currently set to report on May 1, 2014.

6. Attached to Ms. Drummond's last request for a stay of a judgment was a letter from one of Donovan's pediatrician, Jarod Skouby. He wrote: "Donovan suffers from a medical condition which potentially compromises his ability to maintain adequate nutrition and grow appropriately ... it is within his best medical interest that he continue breastfeeding per his mother at least until the age of 1 year." **See Exhibit 1.**

7. On January 17, 2014, Dr. Skouby's medical partner, Dr. Shafique Ahmad, renewed the request that Donovan be permitted to continue breastfeeding until he turns one year old. **See Exhibit 2.**

8. Most recently, on April 16, 2014, Dr. Ahmad reiterated his concerns, and once again issued a request that Ms. Drummond be allowed to continue breastfeeding until Donovan's first birthdate.

9. Based on this diagnosis and opinion, the Defendant respectfully requests a further stay of her judgment for whatever period of time the Court deems fit, so that the issue can be revisited at that time.

10. The Government is aware of this request and offers no objection.

WHEREFORE, the Defendant respectfully prays that the present motion be granted.

s/Justin A. Kuehn
Attorney at Law
The Kuehn Law Firm
23 Public Square, Suite 450
Belleville, IL 62220
Telephone: (618) 277-7260
justinkuehn@kuehnlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2014, I electronically filed the **DEFENDANT'S FIFTH MOTION TO STAY JUDGMENT FOR MEDICAL REASONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Justin A. Kuehn
Attorney at Law
The Kuehn Law Firm
23 Public Square, Suite 450
Belleville, IL  62220
Telephone: (618) 277-7260
justinkuehn@kuehnlawfirm.com
